# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2022-1530
LT Case No. 2021-CF-001380-A

_____

FLOYD LEMONS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Hernando County.
Daniel B. Merritt, Jr., Judge.

Matthew J. Metz, Public Defender, and Nancy Ryan, Assistant
Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Roberts J.
Bradford, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.

July 2, 2024

PER CURIAM.

    AFFIRMED.

HARRIS, BOATWRIGHT, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____